IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            vs.                   )  Criminal No. 09-123
                                  )
BRYANT R. FILTER                  )

## ORDER

AND NOW, this 22nd day of May, 2009, upon consideration
of the Government's Motion for Revocation of Release [document
#16], IT IS HEREBY ORDERED that the defendant be detained pending
a bond revocation hearing to address the violations of bond.

IT IS FURTHER ORDERED that a bond revocation hearing
to consider whether to revoke defendant's release will be held
before the undersigned on Tuesday, May 26, 2009 at 1 p.m. in
Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh,
Pennsylvania.

BY THE COURT:

_____, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record

    U.S. Marshal

    U.S. Probation

    U.S. Pretrial Services