IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 09-123 |
| | ) |
| BRYANT FILTER | ) |

**JUDGMENT**

AND NOW, in Pittsburgh, Pennsylvania, this 2nd day of Feb, 2010, it is hereby ORDERED that an *in personam* forfeiture judgment in the amount of $3,917,397.03 be, and hereby is, entered against Bryant Filter, and in favor of the United States of America, pursuant to 28 U.S.C. §2461(c), which judgment shall be included as part of the defendant's sentence and criminal judgment.

_____
United States District Judge